**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6961

EDDIE P. SIZEMORE,

Plaintiff - Appellant,

versus

GARY FAGAN, in his individual and official
capacities as Special Agent for VDOC; GARY
BASS, in his individual and official
capacities as Chief Classification Manager; D.
DECKER, in her individual and official
capacities as Counselor; WARDEN WRIGHT, in his
individual and official capacities as Warden;
MAJOR OF DFCC, in his individual and official
capacities as Major,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:05-cv-01499-GBL)

Submitted: September 26, 2006          Decided: October 2, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eddie Patrick Sizemore, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eddie P. Sizemore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sizemore v. Fagan, No. 1:05-cv-01499-GBL (E.D. Va. filed Apr. 26, 2006 & entered May 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED